Name, Address and Phone number of Attorney(s):
THE VITTAL LAW FIRM
  J. Anthony Vittal (State Bar # 63088) - tony@vittal.net
1900 Avenue of the Stars, Suite 2500
Los Angeles, California  90067-4506
Telephone:  (310) 339-2520
Facsimile:  (603) 484-5374



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JEFFREY L. CONDON, etc., et al., | CASE NUMBER |
|---|---|
| Plaintiff(s)  v.  WENDY P. CONDON, etc., et al.,  Defendant(s). | CV 07-4985 JFW (SSx)  ORDER TO APPEAR FOR EXAMINATION RE: ☒ ENFORCEMENT OF JUDGMENT ☐ ATTACHMENT(Third Person) ☒ Judgment Debtor  ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of

Judgment/Attachment, hereby **ORDERS** the Application  ☒ **GRANTED**   ☐ **DENIED**.

**TO**: _____WENDY P. CONDON_____
           *(Name of person to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before this Court, to:
  ☒ furnish information to aid in enforcement of a money judgment against you.
  ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you
      owe the judgment debtor.
  ☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the
      defendant that is subject to attachment.

**NOTE CHANGES MADE BY COURT**

| | |
|---|---|
| **Date of appearance**: August 19, 2008 | **Time**: 10:00 a.m. |
| **Place of Appearance**: | ☒ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA  ☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA  ☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA  ☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA |
| **Courtroom Number**: 23 | |

This Order may be served by a Marshal, sheriff, registered process server, **or** the following specially appointed
person: _____
         *(Name of appointed process server)*

Date: _____7/22/08_____     _____
                              U.S. District Judge/U.S. Magistrate Judge

---
CV4P ORDER (02/08)    ORDER ON APPLICATION FOR APPEARANCE AND EXAMINATION    Page 1 of 2
                          (Attachment-Enforcement of Judgment)